# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLS FARGO BANK, N.A.<br><br>      Plaintiff(s),<br><br>v.<br><br>JONATHAN FOREMAN, et al.<br><br>      Defendant(s). | CASE NO.<br>2:19-cv-08923-DSF-FFM<br><br>**Order to Show Cause re Dismissal for Lack of Prosecution** |

    Default has been entered by the Clerk as to the remaining defendants. No motion for default judgment has been filed. Plaintiff is ordered to file a motion for default judgment on or before 4/30/2020. Failure to file a default judgment motion by that date may result in sanctions, including dismissal for failure to prosecute.

    IT IS SO ORDERED.

Date: March 30, 2020                    /s/ *Dale S. Fischer*
                                                     Dale S. Fischer
                                                      United States District Judge